## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

KATHE LOUISE COLTHARP,

                    Plaintiff,

vs.

CAROLYN W. COLVIN,
Acting Commissioner, Social Security
Administration,

                    Defendant.

Case No. 15-CV-110-CVE-FHM

## OPINION AND ORDER

Defendant's Response Brief does not meet the requirements stated in the Scheduling Order.  [Dkt. 7].  The Defendant's brief contains eight pages of argument, not divided into sub-section for each error raised by Plaintiff.  Defendant has until February 19, 2016, in which to file a brief reformatted to conform to the requirements set out in the Scheduling Order.

SO ORDERED, this 29th day of January, 2016.

_Frank H. McCarthy_

**FRANK H. McCARTHY**
UNITED STATES MAGISTRATE JUDGE